

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Grenvel Dean Tutt,          * From the County Court at Law No. 2
         of Taylor County,
         Trial Court No. 2-106-19.

Vs. No. 11-23-00172-CR          * October 26, 2023

The State of Texas,          * Memorandum Opinion by Bailey, C.J.
         (Panel consists of: Bailey, C.J.,
         Trotter, J., and Williams, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.